1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10

11    PHILLIP MICHAEL SCHAAF,                    CASE NO. 19-5312 RJB

12                          Appellant,           ORDER DENYING MOTION TO
             v.                                  REOPEN CASE

13    MICHAEL G. MALAIER, Chapter 13
      Trustee, and MARK D. WALDRON,
14    Chapter 7 Trustee,

15                          Appellees.

16

17        THIS MATTER comes before the Court on the Appellant's motion to reopen his case.

18   Dkt. 11.  The Court has considered the motion and remaining file.

19        On April 17, 2019, this case was transferred from the U.S. Bankruptcy Appellate Panel of

20   the Ninth Circuit.  Dkt. 1.  It is an appeal of an order from *In re Schaaf, U*.S. Bankruptcy Court

21   for the Western District of Washington case number 18-42254, Dkt. 76, entitled, "Order on

22   Trustee's Objections to Exemptions."  Dkt. 1.  On May 22, 2019, Mr. Schaaf filed a motion for

23   extension of time to "complete the record," which was construed by the Court to be a motion for

24

ORDER DENYING MOTION TO REOPEN CASE - 1

1   extension of time for him to file a statement of issues and designate those portions of the record

2   which were relevant.  The Appellees did not respond to the motion.

3   On June 4, 2019, Mr. Schaaf's motion was granted and he was given until July 5, 2019 to

4   file a statement of issues and designate those portions of the record which were relevant.  Dkt. 7.

5   On July 11, 2019, the U.S. Bankruptcy Clerk of the Court filed a Notice of Appeal Status/Notice

6   of Deficiency which indicated that the statement of issues and the designation of the record had

7   not been filed.  Dkt. 8.  Mr. Schaaf did not respond.

8   On July 15, 2019, Mr. Schaaf's appeal was dismissed without prejudice under Fed.

9   Bankr. P. Rule 8009 (a)(1), for failure to file a statement of issues and designate the items to be

10  included in record for the appeal.  Dkt. 9.

11  On July 29, 2019, Mr. Schaaf filed the instant motion, "requesting reinstatement of [his]

12  appeal."  Dkt. 11.  He asserts that he has hired a lawyer.  *Id.*

13  **DISCUSSION AND DECISION**

14  Under Fed. R Bankr. P. Rule 8009 (a)(1), an "appellant must file with the bankruptcy

15  clerk and serve on the appellee a designation of the items to be included in the record on appeal

16  and a statement of the issues to be presented."  District courts may impose sanctions, including

17  dismissal, upon any bankruptcy appellant who fails to take steps required to prosecute an appeal.

18  *See Greco v. Stubenberg*, 859 F.2d 1401, 1404 (9th Cir. 1988).  "In determining whether to

19  dismiss an appeal on such grounds, a district court must consider (1) alternative measures in lieu

20  of dismissal, and (2) whether the conduct giving rise to the dismissal was caused entirely by the

21  party's attorney."  *Id.*

22  Mr. Schaaf's motion to reopen his appeal should be denied.  No attorney has entered a

23  notice of appearance for him in this appeal.  Mr. Schaaf did not file a statement of issues or

24

1  designate those portions of the record which are relevant to his appeal.  The reasoning from the

2  July 15, 2019 order dismissing the appeal still applies and is adopted here. This case should

3  remain closed.

4      **IT IS ORDERED:**

5          • The Appellant's motion to reopen his case (Dkt. 11) **IS DENIED**.

6      The Clerk is directed to send uncertified copies of this Order to all counsel of record and

7  to any party appearing *pro se* at said party's last known address.

8      Dated this 20th day of August, 2019.

9

10      ROBERT J. BRYAN
        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24